UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:14-cr-140-FtM-38CM

GUADALUPE SAN MIGUEL-LIMON

### ORDER

This matter comes before the Court on the Government's Request for Leave to Dismiss Indictment (Doc. #19) filed on March 3, 2015. The Government moves to dismiss the Indictment in this case. As grounds, Counsel indicates venue is proper in the Southern District of Texas and a Complaint has been filed in that district. The Court will grant the Government's request and dismiss the Indictment.

Further, a Motion to Dismiss Indictment (Doc. #15) filed by defense counsel, and a Motion to Continue Trial (Doc. #18) remain pending. As the Indictment has been dismissed, the motions are denied as moot.

Accordingly, it is now

**ORDERED:**

1) The Government's Request for Leave to Dismiss Indictment (Doc. 19) is **GRANTED**.

2) The Defendant's Motion to Dismiss Indictment (Doc. 15) is **DENIED as moot**.

3) The Motion to Continue Trial (Doc. #18) is **DENIED as moot**.

4) The Defendant will remain in the custody of the U.S. Marshals as the Southern District of Texas has filed a Complaint and Warrant for Arrest, Case Number

B-15-200-MJ.  The Warrant for arrest should be served upon the Defendant, and an initial appearance will be held in this District before a Magistrate Judge.

**DONE AND ORDERED** at Fort Myers, Florida, this March 5, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record